UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                Case No. 12-cr-33-PB

**Sharon Cote**

### O R D E R

The defendant has moved through counsel to continue the November 6, 2012 trial in the above case, citing the need for additional time to review new discovery and consider plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Although the court indicated no further continuances, for the reasons cited above and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 6, 2012 to January 8, 2013.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on December 17, 2012 at 4:15 p.m.  No further continuances will be granted.

SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

October 25, 2012

cc: Jennifer Davis, AUSA
    Charles Keefe, Esq.
    United States Marshal
    United States Probation